**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: R.S., A MINOR CHILD      :    No. 454 WAL 2017
                                            :
                                            :
PETITION OF: R.M., SR., FATHER    :    Petition for Allowance of Appeal from
                                            :    the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 5th day of January, 2018, the Petition for Allowance of Appeal is

**DENIED**.